Eastern District Of Virginia – U.S. District Court

# ARRAIGNMENT/DETENTION MINUTES:

Time Set: 2:30
Started: 2:59
Ended: 3:01

Split Time:

Case Number: 2:17cr65
Defendant: Jerome Boney Frazier

Date: 4/26/17
Presiding Judge: Robert J. Krask
Courtroom Deputy: Unique Aceband
Court Reporter: FTR
U.S. Attorney: Bill Muhr
Defense Counsel: Amanda Conner
( ) Retained  ( ) Court appointed  (X) AFPD
Interpreter:

## INITIAL APPEARANCE:
( ) Indictment
( ) Supervised Release
( ) Probation
( ) Pretrial Violation

## COUNSEL:
( ) Court explained right to counsel
( ) Counsel waived
( ) Counsel desired.
( ) Affidavit executed and filed in open court
( ) Court directed appointment of counsel
( ) Defendant ordered to pay $____ beginning ____ and each month thereafter until paid in full

## ARRAIGNMENT:
( ) Defendant formally arraigned
(✓) Defendant waived formal arraignment
( ) Defendant entered plea of guilty
(✓) Defendant entered plea of not guilty
(✓) Jury demanded
( ) Jury Waived
( ) Jury waiver executed and filed
(✓) Preliminary motions deadline 5/10/17
( ) Response motions deadline ____
(✓) TRIAL ( ) SRVH ( ) PVH set on 6/30/17 @ 11:00 a.m. (✓) Norfolk ( ) Newport News
(RBS)

## APPEARANCE AT PRELIMINARY HEARING:
(✓) Court inquired as to whether defendant wishes appear at preliminary hearing.
( ) Waiver of Appearance executed
( ) Arraignment: ____

## DETENTION:
(✓) Detention Hearing ( ) Held ( ) Waived
( ) Government motion for detention:
( ) Granted ( ) Denied (✓) Motion to Withdraw – granted
( ) Detention Ordered ( ) Remanded
(✓) Bond set $5,000 unsecured
(✓) Special Conditions of Release
( ) Defendant continued on previous bond
( ) Additional Conditions of Release
( ) Defendant failed to appear
( ) Government motion for warrant -Granted

## ORDERS:
(✓) Agreed Discovery/Protective Order Entered

## PRELIMINARY HEARING:
( ) Preliminary Hearing ( ) Held ( ) Waived
( ) Defendant stipulated to probable cause
( ) Court finds probable cause
( ) Defendant held for Grand Jury

## SPEEDY TRIAL:
( ) By agreement of all parties, due to the complexity of the case and/or in the interest of justice, pursuant to 18 USC 3161(h), speedy trial is waived

( ) SRV/Probation Hearing: ____
( ) ____
( ) ____
( ) ____

## SPEEDY TRIAL:
( ) The defendant requested time to file pretrial motions. The court granted this motion under 18 U.S.C. 3161(h)(7) and Bloate v. U.S., 2010 WL 757660 (U.S.) and finds that the ends of justice are served by granting this request which outweighs the best interest of the public and the defendant in a speedy trial and the time period from the arraignment to the motions deadline of ____ is excluded under the Speedy Trial Act.

## STANDARD CONDITIONS OF RELEASE

1) Deft's. travel is restricted to the State of Virginia.
2) Deft is directed to refrain from excessive use of alcohol.
3) Deft. is directed to refrain from any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. 802 unless prescribed by a licensed medical practitioner.
4) Deft. is directed to surrender any passport to the Probation Office.
5) Deft. is prohibited from obtaining any passport
6) Defendant shall report as soon as possible, to the probation officer or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
7) Defendant is prohibited from possessing a firearm, destructive device, or other dangerous weapon.
8) Defendant shall submit to method of testing required by the probation officer or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and or any form of prohibited substance screening or testing.
9) Defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the probation officer or supervising officer.
10) Report to the U.S. Probation Office.

## SPECIAL CONDITIONS OF RELEASE

(✓) Travel is restricted to **EDVA unless prior permission by USPO**
( ) with travel between the two for purposes of court appearances and meetings with counsel.

(✓) Deft. is directed to maintain residence at **and not change w/o prior permission of USPO**

( ) _____ is directed to serve as third-party custodian.

(✓) Deft. is directed to ~~seek and~~ maintain verifiable employment as directed by the U.S. Probation Office. **if no longer employed**
    **@ current job, dft to seek new employment**

( ) Deft. is directed to undergo substance abuse testing and treatment at the expense of the defendant as directed by the U.S. Probation Office.

( ) Deft. is directed to submit to electronic monitoring ( ) with ( ) without GPS ( ) with ( ) without time outs as directed by the U.S. Probation Office, at the expense of the deft.

( ) Deft. is directed to avoid all contact with alleged victims/potential witnesses or co-conspirators: _____

( ) Deft. is prohibited from committing any offense in violation of federal, state or local law

( ) Deft. is directed to cooperate with their Court-appointed counsel in the preparation of their defense.

( ) Deft. is directed to provide any requested financial information as directed by the Probation Office.

( ) Deft. is prohibited from opening any new lines of credit or bank accounts without permission of the U.S. Probation Office.

( ) Defendant shall notify current or future employers of charged offense.

( ) Defendant shall engage in employment in which the defendant has access to credit information or credit accounts of others.

( ) Defendant shall not have any contact with children under the age of 18 years old unless in the presence of an informed adult.

( ) Defendant shall not have possess or access any computer or internet, bulletin board, or chat room.

( ) Defendant shall comply with a specified curfew from _____ to _____ or as specified by the U.S. Probation Office.

( ) The defendant shall participate in a mental health evaluation and treatment program as directed by the U.S Probation Office.

( ) _____
( ) _____
( ) _____