**GUILTY PLEA FELONY INDICTMENT MINUTES**

| | | | |
|---|---|---|---|
| Time Set: | 10:00 a.m. | Date: | 6/8/2017 |
| Started: | 10:04 am | Presiding Judge: | Douglas E. Miller, USMJ |
| Ended: | 10:27 am | Courtroom Deputy: | L. Woodcock |
| | | Reporter: | FTR |
| | | U.S. Attorney: | Bill Muhr |
| | | Defense Counsel: | Amanda Conner |

( ) Retained ( ) Court appointed ( x ) AFPD
Interpreter:
U.S. Probation Officer:

Case Number:   2:17cr65

USA v   Jerome Boney Frazier        ( ) in custody    ( x ) on bond

( ✓ )  Defendant requested to withdraw plea of not guilty to Count(s) One  and enter a plea of guilty to said Count(s).
( ✓ )  Consent to Proceed before a U.S. Magistrate Judge pursuant to Rule 11, executed and filed in open court.
( ✓ )  Defendant sworn.
( ✓ )  Court fully advised defendant of rights, charges, and maximum penalties.   Defendant acknowledged he/she understood.
( ✓ )  Plea agreement reviewed, executed, and filed in open court.    ( ) No plea agreement.
( ✓ )  Court inquired as to voluntariness of plea.
( ✓ )  Court inquired as to threats or promises.
( ✓ )  Court advised defendant that by pleading guilty the right to a trial by jury is waived.
( ✓ )  Court accepts plea of guilty as to Count(s) One .
( ✓ )  Plea of guilty entered.
( ✓ )  Defendant satisfied with services of counsel.
( ✓ )  Court inquired re: plea negotiations
( )  Remaining count(s) to be dismissed at Sentencing.
( ✓ )  Statement of Facts executed and filed in open court.
( ✓ )  Continued for pre-sentence report.
( ✓ )  Court explained to defendant that by pleading guilty right to appeal is waived pursuant to plea agreement.
( ✓ )  Sentencing set: 9-27-17 @ 11:00    before U.S. District Judge Smith
         ( ✓ ) Norfolk   ( ) Newport News
( ✓ )  Unsigned Sentencing Procedure Order provided to defendant.
( ✓ )  Sentencing Procedure Order entered and filed in open court.
( ✓ )  Order Accepting Plea of Guilty entered and filed in open court.
( )  Court   ( ) finds   ( ) withholds finding defendant guilty as charged in Count (s) _____
( ✓ )  Defendant continued on bond.     ( ) See Additional conditions of release.
( )  Bond set _____    ( ) See  conditions of Release
( )  Defendant remanded to custody of U.S. Marshal.
( )  Transportation Order entered and filed in open court.
( )  _____
( )  _____