

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2:17cr65 |
| | ) | |
| JEROME BONEY FRAZIER, | ) | |
| | ) | |
| Defendant. | ) | |

## STATEMENT OF FACTS

The parties stipulate that the allegations in Count One of the pending indictment, and the following facts are true and correct, and that had the matter gone to trial, the United States would have proven them beyond a reasonable doubt.

On or about February 2, 2017, in Suffolk, Virginia, a confidential informant (CI) working with the Suffolk Police Department and the DEA made a controlled purchase from the defendant of approximately 28 grams of heroin in exchange for $3200.00 supplied by the DEA. The controlled substance purchased from the defendant was sent to the laboratory, which confirmed that the substance was in fact heroin and the quantity was approximately 28 grams. (Evidence for count one)

Thw defendant sold two additional 28 gram quantities of heroin to the CI in exchange for $3200 per purchase. These sales occurred on February 27, 2017 and March 14, 2017, in Portsmouth, Virginia. A laboratory analysis revealed that the substance purchased for each sale was approximately 28 grams of heroin.

These events occurred in the Eastern District of Virginia and elsewhere.

1

                                                DANA J. BOENTA
                                                UNITED STATES ATTORNEY

By: _____
        William D. Muhr
        Assistant United States Attorney

<u>Defendant's Signature</u>:   After consulting with my attorney and pursuant to the plea agreement entered into this day between myself, the United States and my attorney, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
JEROME BONEY FRAZIER
Defendant

<u>Defense Counsel's Signature</u>:   I am the attorney for BREON BERRY.  I have carefully reviewed the above Statement of Facts with him.   To the best of my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Amanda C. Conner
Assistant Federal Public Defender

2