

# C.M. NOBLE, CORPORATION

408 INVESTORS PLACE, SUITE 105
VIRGINIA BEACH, VA 23452
OFFICE (757)499-6565
FAX (757)499-5445

June 5, 2017

Norfolk Federal Court
Norfolk, Virginia

Re: Jerome Staley

This letter is in reference to Jerome Staley who has worked with CM Noble Corporation since December of 2015. His performance on specific job sites have allowed him to take on more responsibility. Jerome is an outstanding supervisor and a great asset to the company. We at CM Noble Corporation hope to continue to have Jerome Staley as part of our team.

If you have any further questions regarding Jerome Staley, please feel free to call.

Sincerely,

Darren L Clark
Vice President