June 7, 2017

To Whom It May Concern:

I have known Jerome Staley for the past two years, I can personally attest to his continued growth and his ability to overcome any challenge placed before him. Within a year and a half, he exceled from being a laborer to becoming a supervisor of several team members. He is dedicated, committed and loyal. His peers and his employees have a great deal of respect for him and he is widely considered a valued team member.

Jerome goes above and beyond to accomplish any task. I can confidently recommend him for any position. He will be an asset to any organization.

Please do not hesitate to call me if you have any questions.

Sincerely,

Rodnie Brown
757-262-5750

June 7, 2017

To Whom It May Concern:

I have known Jerome Slaley for the past two years. I can personally attest to his continued growth and his ability to overcome any challenge placed before him. Within a year and a half, he excelled from being a laborer to becoming a supervisor of several team members. He is dedicated, committed and loyal. His peers and his employees have a great deal of respect for him and he is widely considered a valued team member.

Jerome goes above and beyond to accomplish any task. I can confidently recommend him for any position. He will be an asset to any organization.

Please do not hesitate to call me if you have any questions.

Sincerely,

Rodnie Brown
757-362-8750