9ev. 02/2006

COURTROOM MINUTES OF CRIMINAL PROCEEDINGS
Norfolk Division

# SENTENCING MINUTES

Set: 12:00 p.m.          Date: September 27, 2017
Started: 12:00 p.m.      Judge: Rebecca Beach Smith
Ended: 12:35 p.m.        Court Reporter: Jody Stewart, OCR
                         U.S. Attorney: William Muhr, AUSA
                         Defense Counsel: Amanda Conner, AFPD
                         Courtroom Deputy: Susan Cherry
                         Probation Officer: Robyn Basilio

Case No. 2:17cr65
Defendant: Jerome Boney Frazier          ( ) In custody   ( X ) On bond

__X__ Matter came on for disposition.

__X__ Court adjudged defendant guilty of Count __1__ of the Indictment, after entering a plea of guilty before a Magistrate Judge.

__X__ Presentence Report reviewed.        _____ Objections heard and rulings made.

_____ Evidence presented. (Witnesses and exhibits listed on last page)

__X__ Arguments of counsel heard.    __X__ Statement of defendant heard.

__X__ The court directed that USA's Position Paper (ECF No. 24) shall be placed under seal.

# IMPRISONMENT:

SENTENCE: Count __1__: The defendant shall be committed to the custody of the BOP to be imprisoned for a total term of __108__ months.

__X__ The Court makes the following recommendations to the Bureau of Prisons:
   1) The defendant shall further his education by taking college courses and/or by developing a skill.

   2) The court recommends that the defendant be incarcerated in a facility on the East Coast as close to the Virginia area as possible.

__X__ The defendant is remanded to the custody of the U.S. Marshal.

## SUPERVISED RELEASE:

__X__  Upon release from imprisonment, the defendant shall be on supervised release for a term of __3__ years.

## Special Conditions of Supervised Release:

1) The defendant will be subjected to random urinalysis testing while on supervised release. If at any time, the defendant tests positive for the use of any controlled substance, the defendant will be required to participate in a substance abuse treatment program at the direction and discretion of the Probation Officer. The defendant shall bear the cost of this treatment program.

2) The defendant shall pay for the support of his minor children in the amount ordered by any social service agency or court of competent jurisdiction. In the absence of any such order, payments are to be made on a schedule to be determined by the court at the inception of supervision, based on defendant's financial circumstances.

3) The court does not deny federal benefits because the denial is not applicable.

## FINANCIAL PENALTIES

**√** The court waives the cost of prosecution, incarceration, and supervised release, except to the extent the defendant will have to bear costs as outlined in the Special Conditions of Supervision.

### SPECIAL ASSESSMENT:

**√** As to count __1__, the defendant shall pay a special assessment in the amount of $100.00.

____ As to count ____ the defendant shall pay a special assessment in the amount of ____.

The total special assessment due is $100.00 and shall be due in full immediately.

### FINE:

**√** No fines have been imposed in this case.

____ The defendant shall pay a fine in the amount of $_____.

### RESTITUTION:

____ The defendant shall make restitution in the amount of $_____.

____ Restitution Judgment Order, entered and filed in open court.

### SCHEDULE OF PAYMENTS:

____ Interest on the restitution has been waived.

____ Interest accrues as provided in 18 U.S.C. § 3612(f).

____ The special assessment/fine/restitution is due and payable immediately. The defendant shall pay to the Clerk at least $_____ per month beginning sixty (60) days from the inception of supervised release toward any restitution remaining unpaid. The court reserves the option to alter this amount, depending upon defendant's financial circumstances at the time of supervised release and depending upon how much restitution has been paid.

____ Restitution shall be made jointly and severally with

\_\_\_\_\_ Nothing in the Court's order shall prohibit the collection of any judgment or fine by the United States.

\_\_\_\_\_ The defendant notified of right of appeal.

__√__ Court noted that defendant waived right of appeal in plea agreement.

__√__ On motion of the government, remaining counts dismissed.

\_\_\_\_\_ The defendant is continued on present bond and cautioned re bail jumping.


\_\_\_\_\_ Consent Order of Forfeiture, executed and filed in open court.

## Additional Counts/Comments: